# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SYLVESTER BALDWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 13-0560-CG-N |
| | ) |
| BOISE PAPER HOLDINGS, L.L.C., | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Order granting the Defendant's motion for summary, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant, Boise Paper Holdings, L.L.C., and against Plaintiff, Sylvester Baldwin. It is, therefore, **ORDERED** that the Plaintiff's claims against Defendant Boise Paper Holdings, L.L.C. are hereby **DISMISSED with prejudice**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 27th day of August, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE